UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

Kevin George Mathews
Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*Form F: PROPOSED CONSENT ORDER*
**TWO PAGE DOCUMENT**

BK No. 16-11692-DF
Chapter 13

## CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION

The Court, having scheduled a status hearing on loss mitigation for **January 4, 2017** which counsel for the Debtor and **Wells Fargo Bank, N.A.** (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) The Debtor shall provide all documents requested by the Creditor by **January 13, 2017** (the "Response").

(2) The Creditor shall conduct a preliminary review of the information submitted by the Debtor, and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor's counsel with a list of any additional information it requires by **January 20, 2017** after receiving the Response (the "Additional Information Request").

(3) The Debtor shall fully respond to any Additional Information Request and provide all requested documents to Creditor within 10 days after receiving the same from Creditor.

(4) ~~The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by _____, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by October 14, 2015.~~

**(5) Other Comments:**

(6) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled for **January 25, 2017.**

1

Agreed to this 3rd day of January 2017

| Creditor | Debtor |
|---|---|
| By | By counsel: |

/s/ Keith J. McCarthy                         /s/ Christopher Lefebvre
Keith J. McCarthy, Esquire (RI#8346)   Christopher Lefebvre, Esquire
Harmon Law Offices, PC                   Law Office of Claude Lefebvre & Sons
150 California Street                          PO Box 479
Newton, MA 02458                           Two Dexter Street
Tel: 617-558-0500                             Pawtucket, RI 02862
Fax: 617-243-4049                            401-728-6060
ribk@harmonlaw.com                       court@lefebvrelaw.com


Consent Order Approved on this 3 day of January 2017

_Diane Finkle_ 01/03/2017
_____
Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing: January 25, 2017


Rev. 12/18/2013