*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

*In re: Kevin George Mathews*                                   *BK No. 1:16−bk−11692*

*Order to File Missing Documents, and Notice of Automatic Dismissal for Non−Compliance−− Chapter 13 Case*

A petition was filed in the above−referenced case on **9/29/16**. Pursuant to Rhode Island LBR 1007, please be advised that the following documents are missing and must be filed on or before 1/18/2017 , plus an additional three days if served by mail as evidenced on the certificate of service below.

Failure to comply with this order by filing the missing documents, or a motion to extend time, by the above stated deadline, or to file a request for relief pursuant to R.I. LBR 1017−2(b) within 7 days of this order, will result in the automatic dismissal of the bankruptcy case without further notice.

*Attorney 2016B Compensation Statement*

*Other:*

**\*\*REMINDER: CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE MUST BE FILED WITH THE COURT NO LATER THAN THE LAST PAYMENT UNDER THE CHAPTER 13 PLAN**

### Certificate of Service

| *Debtor* | *Debtor's Attorney* | *Chapter 13 Trustee* |
|---|---|---|
| Regular Mail | Email Delivery | Email Delivery |
|  | Regular Mail | Regular Mail |

---

Dated *: 1/4/17*                                   *So Ordered:*
Document Number: **38 −**

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

310a.jsp

---