R.I. Bankr. Form 3015-2.1
(Revised 7/1/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:   KEVIN GEORGE MATHEWS                    CHAPTER 13
                                                  CASE NO. 16-11692
    Debtor(s)

**FIRST**   *[indicate 1st, 2nd, 3rd, etc.]*
**AMENDED CHAPTER 13 PLAN AND APPLICABLE MOTIONS DESIGNATED BELOW:**

**This amended plan:**   ☐  Does adversely affect creditors
                          ☒  Does *not* adversely affect creditors

Check for motions applicable to this plan amendment:
( ) **Motion to Avoid Lien(s)**
( ) **Motion to Modify Secured Claim(s)**
( ) **Motion to Assume/Reject Lease(s)**
( ) **No motions applicable to this plan amendment**

On _____, Debtor's Chapter 13 plan was confirmed. If applicable, further amendments were made on_____[dates of later amendments] **and the substance of all prior amendments is also listed below.**

This Amended Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows **(list all new and prior amendments with dates):**

Debtors filed their original plan on October 17, 2016.   All of the provisions of the previous filed plan are hereby incorporated by referenced into first amended plan.

1. Debtor shall pay $2097.00 per month for total of 60 months for the remaining term of the plan.
2. Debtor shall pay $2500.00 legal fee to Attorney Christopher M. Lefebvre and mailing cost of $20.00 mailing expense.
3. The pre petition arrearage due Wells Fargo in the amount of $96,639.00 shall be paid in full.
4. Priority claim to the IRS in the amount of $4480.83 shall be paid in full.
5. The unsecured creditors shall receive at least 10% of the allowed claims.

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained therein, and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you object to the confirmation of the proposed plan of the debtor(s) as amended, including any of the motions included therein, then you or your attorney must file with the Court a written objection to confirmation and/or to the motions contained therein at the following address:

Clerk, U.S. Bankruptcy Court, 380 Westminster St., Providence, R.I., 02903

*/s/ Kevin G. Mathews*

**OBJECTIONS:** Your objection to confirmation and/or to the motions contained in the plan must include the specific reasons for your objection, **and must be filed with the Court no later than seven (7) days before the confirmation hearing.**

If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadlines stated above. You must also serve a copy of your objection to confirmation, and any applicable motions contained therein, on the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee at their addresses as they are listed in the notice of the meeting of creditors.

If you or your attorney does not take these steps, the Court may decide that you do not oppose the proposed plan of the debtor(s) as amended, including any motions contained therein, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to *timely* object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. Section 1325(a)(5)(A).**

**PLAN SERVICE AND SIGNATURES:**

Pursuant to the R.I. LBR 3015-1(b), the Debtor or his/her counsel is required to serve a copy of the *amended* Chapter 13 Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a certificate of service accordingly. In addition, if the Debtor has included a Motion to Modify Secured Claim and/or a Motion to Avoid Lien in this *amended* plan, the Debtor must also comply with the service requirements contained in R.I. LBR's 3015-1(c)(1) and 4003-2.

**Debtor is also required to attach the original filed plan within the Amended Plan filing event in ECF.**

I/We declare under penalty of perjury that the information provided in the Amended Chapter 13 Plan, including any applicable Motion(s) to Modify Secured Claim(s); Motion(s) to Avoid Certain Lien(s); and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Lease(s), as to all matters set forth herein, are true and correct to the best of our knowledge and belief:

Dated: May 23, 2017                                       /s/Kevin George Mathews
                                                          Debtor's Signature


I hereby certify that I have reviewed this document with the debtor(s) and that the debtor(s) have received a copy of this document.

Dated: May 23, 2017                                       /s/Christopher M. Lefebvre
                                                          Attorney for the Debtor

## **CERTIFICATION OF SERVICE**

    I hereby certify that on May 23, 2017, I electronically filed First Amended Chapter 13 plan with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Office of the U.S. Trustee, and John Boyajian, Esq.; and mailed by United States Postal Service, postage pre-paid regular mail the first amended chapter 13 plan and chapter 13 plan and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: all the creditors on the attached list:

/s/Maria J. Ferreira

Label Matrix for local noticing
0103-1
Case 1:16-bk-11692
District of Rhode Island
Providence
Tue May 23 12:10:36 EDT 2017

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kevin George Mathews
51 Outlook Avenue
East Providence, RI 02914-3244

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920-4407

Applied Bank
P.O. Box 17125
Wilmington De 19886-7125
Wilmington, DE 19886-0001

(p)CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Maryann Mathews
51 Outlook ave
East Providence, RI 02914-3244

Orleans Moran PLLC
PO Box 54054
Waltham, MA 02454

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Wells Fargo Bank, N.A.
C/O Wells Fargo Bank, N.A.,as servicer
Default Document Processing N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

John Boyajian +
~~PO Box 0561~~
Providence, RI 02906-0561

~~Claude Lefebvre +~~
Law ~~Office of Claude Lefebvre~~ & Sons
~~PO Box 479~~
Two Dexter Street
Pawtucket, RI 02860-2991

Gary L. Donahue +
~~Office of the U.S.~~ Trustee
U.S. ~~Courthouse~~
One ~~Exchange Terrace Suite~~ 431
Providence, RI 02903-1744

Keith Joseph McCarthy +
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458-1005

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Unit - 4th Floor
380 Westminster Street
Providence, RI 02903

Army & Air Force Exchange Services
Attention: GC-G
3911 S. Walton Walker Blvd.
Dallas, TX 75236

Home Depot Credit Services
PO Box 6029
the Lakes, NV 88901

(d)Military Star
3911 S. Walton Walker Blv
Dallas, TX 75236

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wells Fargo Bank, N.A. | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients 15<br>Bypassed recipients 2<br>Total 17 |