# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

## NOTICE OF SUBSTITUTE COUNSEL

Attorney Keith J. McCarthy hereby withdraws as counsel of record in the attached listed bankruptcy cases and/or proceedings, and attorney Joseph Dolben hereby enters his/her appearance as substitute counsel in the attached listed bankruptcy cases and/or proceedings.

DATED: October 5, 2020                    BY WITHDRAWING COUNSEL:

                                                                              /s/Keith McCarthy
                                                                              Keith J. McCarthy, Esq.
                                                                              RI Bar #9346
                                                                              Harmon Law Offices, P. C.
                                                                              P.O. Box 610389
                                                                              Newton Highlands, MA  02461
                                                                              617-558-0500

DATED: October 5, 2020                    BY SUBSTITUTE COUNSEL:

                                                           /s/ Joseph Dolben
                                                           Joseph Dolben, Esq.
                                                           RI Bar #7916
                                                           Harmon Law Offices, P. C.
                                                           P.O. Box 610389
                                                           Newton Highlands, MA  02461
                                                           617-558-0500

# CASE LIST

| Case No. | Case Title | Chapter / Lead BK case | Date Filed |
|---|---|---|---|
| 1:14-bk-12117 | Robert S Simoes and Allison J Simoes | 7 | 9/18/2014 |
| 1:15-bk-10792 | William Y Naylor, Jr. and Eileen L Naylor | 13 | 4/17/2015 |
| 1:15-bk-11035 | Brian T. Spargo and Melissa A. Spargo | 13 | 5/17/2015 |
| 1:15-bk-11087 | Diane L Keaney | 13 | 5/22/2015 |
| 1:15-bk-11213 | Zachary S. Farrell | 13 | 6/11/2015 |
| 1:15-bk-11297 | David Denis and Julie A. Denis | 13 | 6/25/2015 |
| 1:15-bk-11419 | Fred N. Raisner and Susan J. Raisner | 13 | 7/20/2015 |
| 1:15-bk-11447 | Robert G. Desperini | 13 | 7/24/2015 |
| 1:15-bk-11456 | Steven C. Morro | 13 | 7/25/2015 |
| 1:15-bk-11546 | Julio R. Samayoa and Maria I. Samayoa | 13 | 8/3/2015 |
| 1:15-bk-11760 | Jason J Withrow | 13 | 9/10/2015 |
| 1:15-bk-11793 | Daniel W. Levesque | 13 | 9/15/2015 |
| 1:15-bk-12127 | Lesa Ann Nash | 13 | 11/3/2015 |
| 1:15-bk-12230 | Fernando G. DosSantos and Fernanda F. DosSantos | 13 | 11/19/2015 |
| 1:15-bk-12361 | Edward R. Grindle | 13 | 12/7/2015 |
| 1:16-bk-10054 | Anthony J Paone and Martha A Paone | 13 | 1/12/2016 |
| 1:16-bk-10156 | Randy Vickers and Michaela Vickers | 13 | 1/29/2016 |
| 1:16-bk-10191 | Luis A. Hernandez | 13 | 2/4/2016 |
| 1:16-bk-10196 | Tina M. Rasta | 13 | 2/6/2016 |
| 1:16-bk-10207 | Efim Reikhrud | 13 | 2/9/2016 |
| 1:16-bk-10324 | Jennifer M Daugherty and Jeremy K. Daugherty | 13 | 2/29/2016 |
| 1:16-bk-10460 | James D. Sherrod | 13 | 3/21/2016 |
| 1:16-bk-10521 | Robert D. St. Germain and Donna A. St. Germain | 13 | 3/29/2016 |
| 1:16-bk-10637 | Mary P. Clifford | 13 | 4/12/2016 |
| 1:16-bk-10802 | Jason E. Laurie and Kathleen Laurie | 13 | 5/5/2016 |
| 1:16-bk-10817 | Robert A. Perras and Lori A. Perras | 13 | 5/9/2016 |
| 1:16-bk-10832 | Dennis M Power | 13 | 5/11/2016 |
| 1:16-bk-10876 | Nancy J Thurley | 13 | 5/18/2016 |
| 1:16-bk-11016 | Maceo J. Mahaffey and Ann Marie Mahaffey | 13 | 6/8/2016 |
| 1:16-bk-11039 | Michael J. King | 13 | 6/13/2016 |
| 1:16-bk-11160 | Julio C Aragon and Monica Aragon | 13 | 6/29/2016 |
| 1:16-bk-11216 | Jose Reyes | 13 | 7/14/2016 |
| 1:16-bk-11383 | Marc Belleville | 13 | 8/8/2016 |
| 1:16-bk-11394 | Laura A. McCabe | 13 | 8/11/2016 |
| 1:16-bk-11408 | Ebens Dorcilien | 13 | 8/14/2016 |
| 1:16-bk-11416 | Frank J. Dovidio | 13 | 8/16/2016 |
| 1:16-bk-11541 | Ernestina A Hayek | 13 | 9/6/2016 |

| | | | |
|---|---|---|---|
| 1:16-bk-11692 | Kevin George Mathews | 13 | 9/29/2016 |
| 1:16-bk-11807 | Jill A. Parrett | 13 | 10/20/2016 |
| 1:16-bk-12030 | Rose A. Peters | 13 | 11/28/2016 |
| 1:16-bk-12064 | Billy J. Cox and Marion V. Cox | 13 | 11/30/2016 |
| 1:16-bk-12085 | Brad D. Golden | 13 | 12/4/2016 |
| 1:16-bk-12104 | Keith D. Wilkerson | 13 | 12/6/2016 |
| 1:16-bk-12133 | Damon P. Thomas | 13 | 12/13/2016 |
| 1:17-bk-10015 | Gioconda C Tirrell | 13 | 1/6/2017 |
| 1:17-bk-10019 | Carlos F. Alsina and Miosotis C. Alsina | 13 | 1/9/2017 |
| 1:17-bk-10047 | Marc P. Rondeau | 13 | 1/12/2017 |
| 1:17-bk-10149 | Lucien Michael Jarret and Kimberly Jean Jarret | 13 | 1/30/2017 |
| 1:17-bk-10177 | Vanna Nhem and Julie Nhem | 13 | 2/1/2017 |
| 1:17-bk-10178 | Joshua E. Siatkowski | 13 | 2/1/2017 |
| 1:17-bk-10342 | Frederick G. Yeomans, Jr. | 13 | 3/8/2017 |
| 1:17-bk-10356 | Erin K Matthews | 13 | 3/10/2017 |
| 1:17-bk-10376 | Stephanie L. Niewola | 13 | 3/12/2017 |
| 1:17-bk-10384 | Jason Simoneau | 13 | 3/15/2017 |
| 1:17-bk-10417 | Jennifer A. Magnant | 13 | 3/20/2017 |
| 1:17-bk-10419 | Rafael A. Ramirez | 13 | 3/21/2017 |
| 1:17-bk-10461 | David M. Sheats and Loris C. Sheats | 13 | 3/26/2017 |
| 1:17-bk-10498 | Edward C Jennings and Sherry A Jennings | 13 | 3/30/2017 |
| 1:17-bk-10554 | Nicholas F. DeCiantis | 13 | 4/7/2017 |
| 1:17-bk-10622 | Joseph P. Mathieu | 13 | 4/18/2017 |
| 1:17-bk-10711 | Kent H. Degraide and Carol A. Degraide | 13 | 4/30/2017 |
| 1:17-bk-10743 | Sara R. Smith | 13 | 5/5/2017 |
| 1:17-bk-10799 | Christopher J. Jones | 13 | 5/16/2017 |
| 1:17-bk-10849 | James E. Gold | 13 | 5/23/2017 |
| 1:17-bk-10933 | Maryann Robinson and Kenneth A. Testa | 7 | 5/31/2017 |
| 1:17-bk-10953 | Kristen E. Dexter | 13 | 6/5/2017 |
| 1:17-bk-10964 | Michael A. Boccanfuso | 13 | 6/7/2017 |
| 1:17-bk-10966 | Brian H. Wagner and Debra J. Wagner | 13 | 6/7/2017 |
| 1:17-bk-10980 | Daniel L. Lacomb | 13 | 6/9/2017 |
| 1:17-bk-10993 | Diana K. Charpentier and Thomas S. Charpentier | 13 | 6/13/2017 |
| 1:17-bk-10995 | Joseph D. Colicchio | 13 | 6/13/2017 |
| 1:17-bk-11145 | James A. Lombari and Alyce M. Lombari | 13 | 7/5/2017 |
| 1:17-bk-11180 | Ana R Pantoja | 13 | 7/12/2017 |
| 1:17-bk-11255 | Dan J. Melino and Gina M. Melino | 13 | 7/23/2017 |
| 1:17-bk-11256 | Luz A. Santana | 13 | 7/23/2017 |
| 1:17-bk-11274 | Yvelisse Taveras | 13 | 7/26/2017 |
| 1:17-bk-11357 | Kim Ziegelmayer | 7 | 8/4/2017 |
| 1:17-bk-11377 | Richard Reed and Dawn Teresa Reed | 13 | 8/8/2017 |
| 1:17-bk-11396 | Lorna Manocchia and Edward R. Manocchia, Jr. | 13 | 8/10/2017 |
| 1:17-bk-11406 | George A. McNamee and Stacyann J. McNamee | 13 | 8/11/2017 |

| | | | |
|---|---|---|---|
| 1:17-bk-11429 | Manuel T. Morrow | 13 | 8/16/2017 |
| 1:17-bk-11498 | Michael W. DeCarlo, Jr. | 13 | 8/30/2017 |
| 1:17-bk-11517 | Thomas J. LaMountain, III | 13 | 8/31/2017 |
| 1:17-bk-11556 | David A. Lang, II | 13 | 9/6/2017 |
| 1:17-bk-11584 | Juan B. Reynoso | 13 | 9/12/2017 |
| 1:17-bk-11593 | Jeffrey Alan Souter and Crystal Ray Souter | 13 | 9/13/2017 |
| 1:17-bk-11615 | Tondalay M. Brown | 13 | 9/18/2017 |
| 1:17-bk-11634 | Jacques F. Achille and Mijanielle M.J. Achille | 13 | 9/20/2017 |
| 1:17-bk-11666 | David W. Marble and Christine A. Marble | 13 | 9/26/2017 |
| 1:17-bk-11685 | Jeffrey R Petit | 13 | 9/29/2017 |
| 1:17-bk-11692 | Siv Eng Ung | 13 | 9/29/2017 |
| 1:17-bk-11748 | Gary F. DeCorte, Jr. | 13 | 10/7/2017 |
| 1:17-bk-11886 | John A. Doris | 13 | 10/31/2017 |
| 1:17-bk-11913 | Jacinta A. Knight | 13 | 11/5/2017 |
| 1:17-bk-11920 | Stephen Mancini and Lois Z Mancini | 13 | 11/7/2017 |
| 1:17-bk-11961 | Xavier E Azero and Beth A Azero | 13 | 11/13/2017 |
| 1:17-bk-11980 | Thomas F. Faiola and Julie A. Faiola | 13 | 11/16/2017 |
| 1:17-bk-12121 | Mercy C. Draper | 13 | 12/13/2017 |
| 1:17-bk-12168 | Stephanie D. Rodrigues | 7 | 12/21/2017 |
| 1:17-bk-12182 | Marie F. Delva | 13 | 12/28/2017 |
| 1:17-bk-12193 | David S. Stern | 13 | 12/29/2017 |
| 1:17-bk-12196 | Frantz S. Cadet | 13 | 12/29/2017 |
| 1:18-bk-10026 | Joana Depina Almeida | 13 | 1/9/2018 |
| 1:18-bk-10087 | E. Katherine Gardiner | 13 | 1/22/2018 |
| 1:18-bk-10154 | Kevin B. Tatro and Shelly A. Tatro | 13 | 1/31/2018 |
| 1:18-bk-10182 | Lawrence J Brown and Joan A Kapas Brown | 13 | 2/7/2018 |
| 1:18-bk-10202 | Lynda M. Lynch | 13 | 2/11/2018 |
| 1:18-bk-10287 | Melissa J Lau | 7 | 2/26/2018 |
| 1:18-bk-10348 | Vicente R. Aboboto | 13 | 3/2/2018 |
| 1:18-bk-10464 | Joseph R. Nardolillo, Jr | 13 | 3/20/2018 |
| 1:18-bk-10503 | James H. Golden | 13 | 3/27/2018 |
| 1:18-bk-10560 | Marilyn Lou Garner | 13 | 4/4/2018 |
| 1:18-bk-10624 | Michael J. Letourneau and Elizabeth A. Letourneau | 13 | 4/12/2018 |
| 1:18-bk-10636 | Louis C. Silva and Diane Silva | 13 | 4/15/2018 |
| 1:18-bk-10735 | Leonard R Marsland | 13 | 4/30/2018 |
| 1:18-bk-10847 | Donna J. Lecuivre | 13 | 5/14/2018 |
| 1:18-bk-10871 | James S. Bedard and Amy C. Bedard | 13 | 5/18/2018 |
| 1:18-bk-10915 | Luis F. Concepcion and Amy M. Malek-Concepcion | 13 | 5/24/2018 |
| 1:18-bk-11009 | Edmond Shabo | 13 | 6/7/2018 |
| 1:18-bk-11052 | Thomas A. Silva | 13 | 6/17/2018 |
| 1:18-bk-11155 | Arthur J. Fry, Jr. and Patricia L. Fry | 13 | 6/29/2018 |

| | | | |
|---|---|---|---|
| 1:18-bk-11173 | Linda VanAmersfoort | 13 | 7/2/2018 |
| 1:18-bk-11283 | Heather E. Paskalides and Stephen M. Paskalides | 13 | 7/26/2018 |
| 1:18-bk-11288 | Erica R LaFazia | 13 | 7/27/2018 |
| 1:18-bk-11290 | Gerard W. Bourgeois and Marilyn S. Bourgeois | 13 | 7/27/2018 |
| 1:18-bk-11336 | Richard J. Santagata | 13 | 7/31/2018 |
| 1:18-bk-11345 | Roland R. Pepin, Jr. | 13 | 8/2/2018 |
| 1:18-bk-11351 | Arabelle Calixte | 13 | 8/2/2018 |
| 1:18-bk-11372 | Juna D. Lamour and Jean M. Lamour | 13 | 8/7/2018 |
| 1:18-bk-11380 | Allen P. Correia | 13 | 8/10/2018 |
| 1:18-bk-11427 | Richard A. Keeney, Jr. and Lisa A. Keeney | 13 | 8/19/2018 |
| 1:18-bk-11438 | Elizabeth A. Albino and Dennis W Albino | 13 | 8/21/2018 |
| 1:18-bk-11578 | Oswaldo Vargas and Maria I. Orellana | 13 | 9/18/2018 |
| 1:18-bk-11603 | Donna A. Rivera | 13 | 9/23/2018 |
| 1:18-bk-11610 | Woodley M. Felix | 13 | 9/24/2018 |
| 1:18-bk-11640 | Judy Johnson and Jusufu Mussa | 13 | 9/27/2018 |
| 1:18-bk-11852 | Jean Paul Mbengi and Nzati N. Mbengi | 13 | 11/8/2018 |
| 1:18-bk-11875 | Donna M. Petorella | 13 | 11/16/2018 |
| 1:18-bk-11905 | Manuel C. DaSilva and Helena M. DaSilva | 13 | 11/25/2018 |
| 1:18-bk-11923 | Robert D. Ellis and Megan M. Ellis | 13 | 11/27/2018 |
| 1:18-bk-11975 | Ann Marie P. Oliveira | 13 | 12/3/2018 |
| 1:18-bk-12031 | Kenneth Trebisacci and Rebecca Trebisacci | 13 | 12/20/2018 |
| 1:18-bk-12037 | Michael F. McKenney and Deborah A. McKenney | 13 | 12/20/2018 |
| 1:18-bk-12042 | Paul R. Mooney and Kristen Sullivan Mooney | 13 | 12/21/2018 |
| 1:19-bk-10012 | Robert J. Ricci | 13 | 1/6/2019 |
| 1:19-bk-10021 | Howard Edward Owens and Aline Lori Owens | 13 | 1/7/2019 |
| 1:19-bk-10060 | Robert B. Clayton | 7 | 1/17/2019 |
| 1:19-bk-10074 | Frank A. Gonsalves, Jr. | 13 | 1/20/2019 |
| 1:19-bk-10078 | David J. Place and Erin E. Todisco-Place | 13 | 1/21/2019 |
| 1:19-bk-10233 | Kevin M. Dubois and Geraldine M. Dubois | 13 | 2/15/2019 |
| 1:19-bk-10322 | Paula A. Malone | 13 | 2/28/2019 |
| 1:19-bk-10333 | Andrea E Ricci | 13 | 3/4/2019 |
| 1:19-bk-10342 | Michael Doumato and Joyce R. Doumato | 13 | 3/5/2019 |
| 1:19-bk-10400 | Christopher A. Swartzel | 13 | 3/15/2019 |
| 1:19-bk-10528 | Jennifer A. Randall | 13 | 4/1/2019 |
| 1:19-bk-10594 | Bradley P. Sjosten and April M. Sjosten | 13 | 4/15/2019 |
| 1:19-bk-10619 | Joyce A. Garrett | 13 | 4/19/2019 |
| 1:19-bk-10859 | Sandra M Manco | 13 | 5/29/2019 |
| 1:19-bk-10891 | Maria D. Gomes | 13 | 5/31/2019 |
| 1:19-bk-10911 | Jeffrey L. Bennett | 13 | 6/5/2019 |
| 1:19-bk-10916 | Denise M. Adams | 13 | 6/6/2019 |
| 1:19-bk-10936 | Marcus L Nelson and Heather G Nelson | 13 | 6/10/2019 |
| 1:19-bk-10983 | Franklin Orlando Martinez | 13 | 6/21/2019 |
| 1:19-bk-11012 | Frank T Blazejewski | 13 | 6/26/2019 |

| | | | |
|---|---|---|---|
| 1:19-bk-11140 | Philip B. Frankenberg and Claudia I. Frankenberg | 7 | 7/19/2019 |
| 1:19-bk-11149 | Marsha K. Estrela and Carlos C. Estrela | 13 | 7/22/2019 |
| 1:19-bk-11194 | Jessica Marrero | 13 | 7/30/2019 |
| 1:19-bk-11230 | Jeffrey S Howe | 13 | 8/1/2019 |
| 1:19-bk-11250 | Robert M. Ganem | 13 | 8/5/2019 |
| 1:19-bk-11268 | Christopher P. Cooper | 13 | 8/7/2019 |
| 1:19-bk-11388 | Bryan R. Gruebel | 13 | 8/30/2019 |
| 1:19-bk-11416 | Michelle C. Januse | 13 | 9/7/2019 |
| 1:19-bk-11473 | Paul S. Sacchetti and Sandra J. Sacchetti | 13 | 9/18/2019 |
| 1:19-bk-11525 | Lisa A Calabro | 13 | 9/26/2019 |
| 1:19-bk-11546 | Jennifer A. Gordon | 13 | 10/1/2019 |
| 1:19-bk-11693 | Gary M. Munroe, Sr. | 13 | 10/31/2019 |
| 1:19-bk-11762 | Janice M. Briggs | 13 | 11/18/2019 |
| 1:19-bk-11767 | Charles L. Ferreira | 13 | 11/19/2019 |
| 1:20-bk-10013 | Delfina J Sebastiao and Jose E Sebastiao | 13 | 1/6/2020 |
| 1:20-bk-10100 | Gary A. Kilgore | 13 | 1/29/2020 |
| 1:20-bk-10158 | George W. Prior, Jr. and Debora G. Prior | 13 | 2/7/2020 |
| 1:20-bk-10202 | Ivy K. Nimley | 13 | 2/20/2020 |
| 1:20-bk-10253 | David M. Allsworth | 13 | 2/28/2020 |
| 1:20-bk-10316 | Everett L. Maggs, III and Kathryn T. Maggs | 13 | 3/10/2020 |
| 1:20-bk-10331 | William M. Kahler | 13 | 3/12/2020 |
| 1:20-bk-10390 | Christopher LeBlanc and Diane LeBlanc | 13 | 3/19/2020 |
| 1:20-bk-10417 | Charles F. Gregory | 13 | 3/24/2020 |
| 1:20-bk-10465 | Kim L. Goodheart | 13 | 4/9/2020 |
| 1:20-bk-10539 | Laurie A. Francis | 13 | 4/30/2020 |
| 1:20-bk-10644 | Jason B. Quinlan, Sr. | 7 | 6/3/2020 |
| 1:20-bk-10649 | John B. Dudley | 13 | 6/5/2020 |
| 1:20-bk-10731 | Raymond A. Tucker and Leslie L. Tucker | 13 | 7/1/2020 |
| 1:20-bk-10750 | Saldis Salcedo | 7 | 7/10/2020 |
| 1:20-bk-10779 | Guina M Vinas | 7 | 7/14/2020 |
| 1:20-bk-10806 | Meegan T. Baglieri | 13 | 7/22/2020 |
| 1:20-bk-10814 | Jill P. Troiani | 7 | 7/24/2020 |
| 1:20-bk-10923 | Robert A. Tella | 13 | 8/28/2020 |