**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kevin George Mathews |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Rhode Island |
| Case number | 1611692 |

Official Form 410S1

# Amended Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 2-1

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/15/2019

**New total payment:**
Principal, interest, and escrow, if any: $ 1922.64

**Last 4 digits** of any number you use to identify the debtor's account: 8 7 4 4

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 385.04     New escrow payment: $ 393.81

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
   
   Reason for change:

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

Debtor 1  Kevin George Mathews
          First Name   Middle Name   Last Name

Case number (if known)

---

**Part 4:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/John Tamburo
Signature

Date  12/12/2018

Print:  Tamburo, John
        First Name   Middle Name   Last Name

Title  VP Loan Documentation

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number    Street
         1000 Blue Gentian Road
         Address 2
         Eagan                         MN        55121-7700
         City                          State     ZIP Code

Contact phone  800-274-7025

Email  NoticeOfPaymentChangeInquiries@wellsfargo.com

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page **2**

# UNITED STATES BANKRUPTCY COURT

District of Rhode Island

Chapter 13 No. 1611692
Judge: Diane Finkle

In re:

Kevin George Mathews

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 13, 2018 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid

Kevin George Mathews
51 Outlook Avenue

East Providence RI 02914

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:    By U.S. Postal Service First Class Mail Postage Prepaid

Christopher Lefebvre
Law Office of Claude Lefebvre & Sons
PO Box 479
Two Dexter Street
Pawtucket RI 02862

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:    By U.S. Postal Service First Class Mail Postage Prepaid

John Boyajian
Trustee
400 Westminster St. Box 12

Providence RI 02903

/s/John Tamburo
_____
VP Loan Documentation
Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

JOHN B. ENNIS, ESQ.#
1200 RESERVOIR AVE
CRANSTON, RI  02920

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

Escrow Review Statement
*For informational purposes only*

**Statement Date:** December 6, 2018
**Loan number:**
**Property address:**
51- 53 OUTLOOK AVE
EAST PROVIDENCE RI 02914-3244

## Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

MARYANN MATHEWS
KEVIN MATHEWS
C/O KEVIN MATHEWS
51 OUTLOOK AVE
E PROVIDENCE RI 02914-3244

***PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.***

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

The escrow account has an overage of
**$1,600.76**

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **January 15, 2019** payment, the contractual portion of the escrow payment **increases**.

## Part 1 - Mortgage payment

**New Payment**    The new total payment will be **$1,922.64**

|  | Previous payment through 12/15/2018 payment date | New payment beginning with the 01/15/2019 payment |
|---|---|---|
| **Principal and/or interest** | $1,528.83 | $1,528.83 |
| **Escrow payment** | $385.04 | $393.81 |
| **Total payment amount** | $1,913.87 | $1,922.64 |

### No action required

Starting **January 15, 2019** the new contractual payment amount will be **$1,922.64**

See Page 2 for additional details.

## Part 2 - Payment calculations

You have an overage of $1,600.76. For the past review period, the projected amount of your escrow items was $4,725.75. For the coming year, the projected amount to be paid from your escrow is $4,725.75.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 07/17 - 07/18 (Actual) | 01/18 - 01/19 (Actual) | 02/18 - 12/18 (Actual) | 01/19 - 12/19 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $4,725.75 | $4,725.75 | $4,725.75 | $4,725.75 | ÷ | 12 | = | $393.81 |
| **Property insurance** | $2,475.00 | $3,337.00 | $3,337.00 | $0.00 | ÷ | 12 | = | $0.00 |
| **Insurance refund** | -$2,950.00 | -$6,287.00 | -$3,337.00 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total taxes and insurance** | $4,250.75 | $1,775.75 | $4,725.75 | $4,725.75 | ÷ | 12 | = | $393.81 |
| **Escrow shortage** | $0.00 | $294.39 | $0.00 | $0.00 |  |  |  |  |
| **Total escrow** | $4,250.75 | $2,070.14 | $4,725.75 | $4,725.75 |  |  |  | $393.81 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  June, 2019 |   | -$13,549.92 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment* | + | $15,150.68 |  |
| Minimum balance for the escrow account | - | $0.00 |  |
| **Escrow overage** | = | **$1,600.76** |  |

*This adjustment of $15,150.68, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

Loan Number: ____

## PART 3 - Escrow account projections

**Escrow account projections from January, 2019 to December, 2019**

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Dec 2018 | | | Starting balance | -$11,187.03 | $2,362.89 |
| Jan 2019 | $393.81 | $0.00 | | -$10,793.22 | $2,756.70 |
| Feb 2019 | $393.81 | $0.00 | | -$10,399.41 | $3,150.51 |
| Mar 2019 | $393.81 | $0.00 | | -$10,005.60 | $3,544.32 |
| Apr 2019 | $393.81 | $0.00 | | -$9,611.79 | $3,938.13 |
| May 2019 | $393.81 | $0.00 | | -$9,217.98 | $4,331.94 |
| Jun 2019 | $393.81 | $4,725.75 | EAST PROVIDENCE CITY(S) | -$13,549.92 | $0.00 |
| Jul 2019 | $393.81 | $0.00 | | -$13,156.11 | $393.81 |
| Aug 2019 | $393.81 | $0.00 | | -$12,762.30 | $787.62 |
| Sep 2019 | $393.81 | $0.00 | | -$12,368.49 | $1,181.43 |
| Oct 2019 | $393.81 | $0.00 | | -$11,974.68 | $1,575.24 |
| Nov 2019 | $393.81 | $0.00 | | -$11,580.87 | $1,969.05 |
| Dec 2019 | $393.81 | $0.00 | | -$11,187.06 | $2,362.86 |
| Totals | $4,725.72 | $4,725.75 | | | |

## PART 4 - Escrow account history

**Escrow account activity from February, 2018 to December, 2018**

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Feb 2018 | | | | | | | Starting Balance | -$29,492.72 | $2,695.23 | -$32,187.95 |
| Feb 2018 | $0.00 | $385.04 | -$385.04 | $0.00 | $0.00 | $0.00 | | -$29,492.72 | $3,080.27 | -$32,572.99 |
| Mar 2018 | $1,036.71 | $385.04 | $651.67 | $0.00 | $0.00 | $0.00 | | -$28,456.01 | $3,465.31 | -$31,921.32 |
| Apr 2018 | $2,418.99 | $385.04 | $2,033.95 | $0.00 | $0.00 | $0.00 | | -$26,037.02 | $3,850.35 | -$29,887.37 |
| May 2018 | $345.57 | $385.04 | -$39.47 | $0.00 | $0.00 | $0.00 | | -$25,691.45 | $4,235.39 | -$29,926.84 |
| Jun 2018 | $2,764.56 | $385.04 | $2,379.52 | $4,725.75 | $4,620.43 | $105.32 | EAST PROVIDENCE CITY(S) | -$27,652.64 | $0.00 | -$27,652.64 |
| Jul 2018 | $691.14 | $385.04 | $306.10 | $0.00 | $0.00 | $0.00 | | -$26,961.50 | $385.04 | -$27,346.54 |
| Aug 2018 | $345.57 | $385.04 | -$39.47 | $0.00 | $0.00 | $0.00 | | -$26,615.93 | $770.08 | -$27,386.01 |
| Sep 2018 | $1,059.12 | $385.04 | $674.08 | $0.00 | $0.00 | $0.00 | | -$25,556.81 | $1,155.12 | -$26,711.93 |
| Oct 2018 | $0.00 | $385.04 | -$385.04 | $3,337.00 | $0.00 | $3,337.00 | AMERICAN SECURITY GROUP | -$28,893.81 | $1,540.16 | -$30,433.97 |
| Nov 2018 | $7,216.42 | $385.04 | $6,831.38 | $0.00 | $0.00 | $0.00 | | -$21,677.39 | $1,925.20 | -$23,602.59 |
| Dec 2018 (estimate) | $10,490.36 | $385.04 | $10,105.32 | $0.00 | $0.00 | $0.00 | | -$11,187.03 | $2,310.24 | -$13,497.27 |
| Totals | $26,368.44 | $4,235.44 | $22,133.00 | $8,062.75 | $4,620.43 | $3,442.32 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18

